

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00593-CV

**IN THE INTEREST OF A.R.E.,** a Child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01424
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights which is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

On August 27, 2014, this court issued an order requiring appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant's response was due to be filed September 11, 2011; however, on September 9, 2011, the trial court permitted appellant's appointed counsel to withdraw and appointed new appellate counsel. It is therefore ORDERED that appellant's newly appointed counsel, Manuel C. Rodriguez, Jr., file a response to this court's August 27, 2014 show cause order no later than September 17, 2014. Given the time constraints governing our disposition of this appeal, **requests for extensions of time are disfavored**.

The motions filed by appellant's former counsel, Laura D. Heard, are MOOT.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court